IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITY BANK, | ) |
| | ) |
| Plaintiff | ) No. 1:06-cv-00484-CCC |
| | ) |
| vs. | ) |
| | ) Civil Action |
| SILVER MOON RESTAURANTS, INC., | ) |
| and GEORGE N. HALKIAS, | ) |
| | ) |
| Defendants | ) |

FILED
HARRISBURG
OCT 0 6 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

AND NOW, this 6th day of October, 2006, upon consideration of Plaintiff's Motion For Leave to Conduct Marshal's Sale Without New Advertising and Posting, it is hereby

**ORDERED**, pursuant to Pa.R.C.P. 3129.3(a), made applicable to these proceedings by F.R.C.P. 69, that Plaintiff is permitted to proceed with the U.S. Marshal's sale now scheduled for November 9, 2006, without re-advertising the sale and without posting the property, provided that (1) within ten days of the date of this order, Plaintiff must send letters regarding the new sale date by first class mail to all parties named in Plaintiff's Rule 3129.1 Affidavit, and (2) the U.S. Marshal must publicly announce the new sale date at the time and place previously set for the sale.

BY THE COURT:

_____
, J