IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITY BANK**, | : | CIVIL ACTION NO. 1:06-CV-0484 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **SILVER MOON RESTAURANTS,** | : | |
| **INC., et al.,** | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 10th day of October, 2006, upon consideration of the motion for reassessment of damages (Doc. 20), requesting additional interest for a period ending on October 12, 2006,[1] and it appearing that a brief in support of the motion has not been filed as of the date of this order, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief . . . ."), and that the marshal's sale has been further continued until November 9, 2006 (see Doc. 22 ¶ 8), it is hereby ORDERED that:

1. Plaintiff shall file, on or before October 24, 2006, a brief in support of the motion for reassessment of damages (Doc. 20). See L.R. 7.5.

2. Plaintiff shall be permitted to file, on or before October 24, 2006, supplemental information in support of its requested relief and/or to expand its requested relief to reflect the further continuation of the marshal's sale until November 9, 2006.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The marshal's sale of defendants' property was originally scheduled for August 24, 2006, but was continued until October 12, 2006, because plaintiff was unable to effect service on defendants. (See Doc. 22 ¶ 7.)